The Court approves stipulated dismissal with prejudice 10/6/2020. The Court retains jurisdiction to enforce terms of settlement.
*s/ James S. Gwin*
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| LUKASZ SUHAK, | ) |
| | ) |
| Plaintiff, | ) CASE NO. 1:20-cv-00196 |
| | ) |
| v. | ) JUDGE JAMES S. GWIN |
| | ) |
| EUCLID CITY SCHOOLS BOARD OF EDUCATION, et al., | ) |
| | ) |
| Defendants. | ) |

**STIPULATED MOTION FOR
DISMISSAL WITH PREJUDICE**

Upon agreement of the Parties and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff, Lukasz Suhak, and Defendants, Euclid City Schools Board of Education (the "Board" or "District"), Assistant Superintendent, Christopher Papouras ("Papouras"), Athletic Director / Business Manager, Patrick Higley ("Higley"), Euclid High School Security Foreman, Kevin Kelly ("Kelly"), Director of Human Resources, India Jackson ("Jackson"), Board President, Donna Sudar ("Sudar"), Board Vice President, Kathy DeAngelis ("DeAngelis"), Board Member, Steve Johnson, Jr. ("Johnson"), Board Member, Tisha R. Thomas ("Thomas"), and Board Member, Angela Lisy ("Lisy") (all collectively "Defendants"), (Plaintiff and Defendants collectively, the "Parties"), hereby move the Court to enter an Order dismissing this matter and all claims with prejudice. The Parties agree that they will each pay their own costs and attorneys' fees. The Parties further agree and request that the Court enter an Order retaining jurisdiction over the Parties' settlement of this matter to the extent applicable and necessary.

{03313254 - 1}

Respectfully submitted,

| | |
|---|---|
| /s/ *Avery Friedman* (*per settlement consent*) | /s/ *Mark S. Fusco* |
| Avery Friedman (Reg. No. 0006103)<br>AVERY FRIEDMAN & ASSOCIATES<br>701 The City Club Building<br>850 Euclid Avenue<br>Cleveland, Ohio 44114-3358<br>avery@lawfriedman.com<br>fairhousing@gmail.com | Mark S. Fusco (Reg. No. 0040604)<br>  Email: mfusco@walterhav.com<br>  Direct Dial: 216-619-7839<br>Sara Ravas Cooper (Reg. No. 0076543)<br>  Email: scooper@walterhav.com<br>  Direct Dial: 216-928-2898<br>Shaka S. J. Sadler (Reg. No. 0095679)<br>  Email: ssadler@walterhav.com<br>  Direct Dial: 216-619-7851 |
| *Attorney for Plaintiff, Lukasz Suhak* | WALTER \| HAVERFIELD LLP<br>1301 E. Ninth Street, Suite 3500<br>Cleveland, Ohio  44114<br>(216) 781-1212 telephone<br>(216) 575-0911 facsimile<br><br>*Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

A copy of the foregoing *Stipulated Motion for Dismissal With Prejudice* has been filed this 5th day of October, 2020 through the Court's electronic filing system. All parties may access the foregoing via the Court's electronic filing system.

/s/ *Mark S. Fusco*
*One of the Attorneys for Defendants*

{03313254 - 1}